UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES DINEEN**       ) <br>    **Plaintiff**       ) <br>                        ) <br> **v.**                 ) <br>                        ) <br> **CENTRAL PORTFOLIO CONTROL, INC.**  ) <br>    **Defendant**      ) <br>                        ) | **CIVIL ACTION NO.** <br> **3:09-CV-00980 (VLB)** <br><br><br><br><br> **SEPTEMBER 21, 2009** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, James Dineen, through his attorney, and the defendant, Central Portfolio Control, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

Plaintiff, James Dineen

By /s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

Defendant, Central Portfolio Control, Inc.

By   /s/ John K. Rossman
John K. Rossman (ct27261)
Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4129
Tel: (612) 877-5000
Fax: (612) 877-5999
RossmanJ@moss-barnett.com

## **CERTIFICATION**

I hereby certify that on this 21st day of September, 2009, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn